In the district court of the United States
for the Southern District of Georgia

Patrick Roether et, al
   Plaintiff's

Case number: 2:21-cv-00083

Vs.

State of Georgia et. Al
   Defendant's

## Motion for Sanctions

I, Patrick Roether, hereby move the Court to sanction Defendant Benton County for the violating Civil Rule 11(b)1&2 when they filed their Amended Special Appearance Motion to Dismiss by Defendants Brantley County, Bennett, and Simpson on October 22nd, 2021, wherein attempts to manipulate the court record by claiming that Patrick Roether served the Summons and Complaints on said Defendants, said lie was improper and presented to the court to cause Plaintiffs to increase cost of litigation. Due that on September 30th, 2021, Secretaries in the Brantley County Sheriff's Office hid the fact that the above Officers were in the building when Tyler Benton was asking to serve them, said secretaries caused Tyler Benton to travel around Brantley county in search of Defendants' to serve them and even told Tyler Benton that he has to serve them by serving the county attorney, of which caused unnecessary delay in its self. With this fact it is absolute that Brantley County Defendants knew or should have known that Tyler Benton served them, and a conceivable mind could easily conclude that the above mentioned Motion to Dismiss was filed for the purpose to harass Plaintiffs just as they harassed and lied to the Process Server in an attempt to dodge being served. Tyler Benton Served the Summons and Complaints upon the above mentioned Defendants in person. The above mentioned Motion to Dismiss is a

lie and improper and has caused Plaintiff's a damage in the amount of 12 Morgan Silver Dollars in needless time, research, and litigation and Plaintiffs are entitled to relief from the above mentioned Defendants pursuant to Rule 11(c) of the US Civil Procedure.

Dated this ___8th___ day of November 8th, 2021   *Patrick Roether* & *Hollie Roether*

Patrick and Hollie Roether
C/O P.O. Box 166
Meridian, Georgia 31319
912-324-0048

ambassadorpatrick@diplomats.com

hjthisthat@gmail.com
ambassadorpatrick@diplomats.com

Witnessed by:
1. *[signature]* Tyler Burten  9/8/21
2. *[signature]* Jeslia Benton

as:

"...at the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established," Deuteronomy 19:15

## Certificate of Service

I hereby certify that a true and exact copy of the foregoing has been served upon the following via the Postal Service.

Emily R. Hancock
Brown, Readdick BumGartner,
Carter, Strickland & Watkins, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521

on this 8th day of November, 2020

*Patrick Roether & Hollie Roether*

Patrick and Hollie Roether
C/O P.O. Box 166
Meridian, Georgia
912-324-0048
ambassadorpatrick@diplomats.com
hjthisthat@gmail.com