# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 𝔉𝔬𝔯 𝔱𝔥𝔢 𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞 𝔅𝔯𝔲𝔫𝔰𝔴𝔦𝔠𝔨 𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫

PATRICK ROETHER; and HOLLIE ROETHER, \*

        Plaintiffs,        \*    CIVIL ACTION NO.: 2:21-cv-83

v.     \*

STATE OF GEORGIA, et al.,   \*

        Defendants.    \*

## ORDER

Before the Court are Plaintiffs' Objections to the Magistrate Judge's September 10, 2021 Order denying Plaintiffs' motion for e-filing access and September 30, 2021 Order denying Plaintiffs' motion for reconsideration of their motion for e-filing access. Dkt. No. 31. Additionally before the Court is Plaintiffs' Motion to Docket Objections *Nunc Pro Tunc* for November 10, 2021. Dkt. No. 32.

First, upon due consideration and good cause shown, the Court **GRANTS** Plaintiffs' Motion to Docket Objections *Nunc Pro Tunc* for November 10, 2021. Dkt. No. 32. Plaintiffs' Objections will be considered filed on November 10, 2021, and treated as timely.

Turning to the Objections, Plaintiffs, who are proceeding pro se, argue the Magistrate Judge should permit them to file electronically in this case. Dkt. No. 31. A district judge must consider a party's objections to a magistrate judge's order on a pretrial matter. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). However, the district judge may modify or set aside that order, and reconsider the pretrial matter, only "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); see also Fed. R. Civ. P. 72(a).

In their Objections, Plaintiffs largely reiterate arguments for e-filing the Magistrate Judge previously considered. As the Magistrate Judge correctly explained, the Court's Local Rules do not permit pro se parties such as Plaintiffs to e-file. See Dkt. Nos. 6, 10 (citing Local R. 5.5). Federal Rule of Civil Procedure 5 allows a pro se party to file electronically, but only if allowed by court order or local rule. This Court's Local Rules prohibit electronic filing for unrepresented parties, and the Court declines to allow Plaintiffs to file electronically in these circumstances.

In sum, Plaintiffs offer no new arguments, instead reiterating arguments considered and correctly rejected by the Magistrate Judge. Plaintiffs have not shown any error in the Magistrate Judge's decision. Accordingly, the Court **OVERRULES**

2

Plaintiffs' Objections.  The Court's September 10, 2021 and September 30, 2021 Orders remain the Orders of this Court.

**SO ORDERED**, this \_\_\_\_6\_\_\_ day of \_\_December_____, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA