# 𝕴𝖓 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙 𝖋𝖔𝖗 𝖙𝖍𝖊 𝕾𝖔𝖚𝖙𝖍𝖊𝖗𝖓 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝖔𝖋 𝕲𝖊𝖔𝖗𝖌𝖎𝖆 𝕭𝖗𝖚𝖓𝖘𝖜𝖎𝖈𝖐 𝕯𝖎𝖛𝖎𝖘𝖎𝖔𝖓

| | |
|---|---|
| PATRICK ROETHER and HOLLIE ROETHER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STATE OF GEORGIA, et al., )<br>)<br>Defendants. ) | CV 221-083 |

**ORDER**

Before the Court is Plaintiffs' Objection to the Court's May 10, 2022 Order. Dkt. No. 257. In that Order, the Court denied Defendants' motions to dismiss and gave Plaintiffs an opportunity to amend their complaint to cure the deficiencies identified therein. See Dkt. No. 248.

Plaintiffs do not object to the ruling, but they do object to one of the Court's findings regarding venue. Dkt. No. 257 at 3. In its discussion of venue, the Court found "the Supreme Court is not a proper venue, as the 'Kingdom of Y'Israel' is not a nation recognized by the United States government." Dkt. No. 248 at 15 (citing "Independent States in the World," https://www.state.gov/independent-states-in-the-world/).

Plaintiffs argue the Court's finding "appears to . . . attack[]" their "sincere religious belief of being an Ambassador" of the Kingdom of Yisrael. Dkt. No. 257 at 3.

Plaintiffs' objection is **OVERRULED**. First, the Court's finding is supported by the United States Department of State's website. See Dkt. No. 248 at 15. Plaintiffs point to no authority to show the Kingdom of Y'Israel is recognized by the United States government. Finally, Plaintiffs do not argue the Court's holding should be modified in any way. Indeed, the Court concluded that it would not rule on challenges to venue until after Plaintiffs amended their complaint. See Dkt. No. 248 at 16.

Accordingly, Plaintiffs' Objection to the Court's May 10, 2022 Order, dkt. no. 257, is **OVERRULED**.

**SO ORDERED**, this ___ day of _June_, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA