IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| PATRICK ROETHER; and HOLLIE ROETHER, | |
| Plaintiffs, | CIVIL ACTION NO.: 2:21-cv-83 |
| v. | |
| STATE OF GEORGIA, et al., | |
| Defendants. | |

## **O R D E R**

This matter is before the Court on Plaintiffs' Motion for E-Filing Access. Doc. 269. Plaintiffs, who are proceeding pro se, request the Court permit them to utilize the Court's Electronic Case Filing ("ECF") system. Plaintiffs have previously submitted six filings seeking e-filing access or similar accommodations. Docs. 2, 9, 31, 52, 73, 74. The Court has repeatedly denied Plaintiffs' requests. Docs. 6, 10, 43, 65, 78. Plaintiffs' instant Motion is due to be denied for the reasons previously explained—that in this Court, pro se litigants are not permitted to e-file. Accordingly, Plaintiffs' Motion for E-Filing Access is **DENIED**. All similar requests in the future will be summarily denied.

**SO ORDERED**, this 7th day of June, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA