# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| PATRICK ROETHER and HOLLIE ROETHER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | CV 221-083 |
| v. | ) ) | |
| STATE OF GEORGIA, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiffs' Motion for Void Judgment. Dkt. No. 330. Plaintiffs seek to overturn the Court's Order that Plaintiff's amended complaint be dismissed with prejudice for being a shotgun pleading. See id.; see also Dkt. No. 328.

In short, Plaintiffs' motion is meritless. Their argument that they did not have sufficient time to prepare their second amended complaint is contradicted by the record in this matter. Indeed, Plaintiffs had not one but two opportunities to amend their complaint (with extensions of time), and Plaintiffs were given instructions on how to remedy their prior shotgun pleading. Yet, they still failed to file a pleading which gives Defendants proper notice of the claims against them. As such, dismissal with prejudice is appropriate. Vibe Micro, Inc. v. Shabanets, 878 F.3d 1291, 1295-96 (11th Cir. 2018).

Plaintiffs' Motion for Void Judgment, dkt. no. 330, is **DENIED**. This case remains closed.

**SO ORDERED**, this __5__ day of __October__, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA