IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

| | |
|---|---|
| PATRICK ROETHER and HOLLIE ROETHER, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> STATE OF GEORGIA, et al., <br><br> Defendants-Appellees. | 2:21cv083 |

### ORDER

The Judgment of the Court in the above-styled action having been affirmed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This 30 day of April, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA